```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 12-cr-81-PB

**Carl Conkle**

## O R D E R

The defendant has moved to continue the August 21, 2012 trial in the above case for a period of 90 days, citing the need for additional time to complete discovery and prepare for trial other disposition.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to November 6, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 1, 2012 final pretrial conference is continued to October 29, 2012 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 20, 2012

cc: Jeffrey S. Levin, Esq.
Debra Walsh, AUSA
United States Marshal
United States Probation